JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

YANCY YAJAYRA CHAVEZ PASTORE,

Petitioner,

v.

WARDEN OF ADELANTO ICE PROCESSING CENTER, et al.,

Respondents.

No. 5:26-cv-04002-BFM

**JUDGMENT**

On July 27, 2026, the Court issued an order granting the Petition as to Claim One and ordered Petitioner be immediately released on conditions previously imposed. (ECF 10 at 4.) Respondents filed a status report confirming Petitioner's release from custody. (ECF 11.)

Accordingly, pursuant to the Order Granting Petition, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition (ECF 1) is granted as to Claim One. The Clerk of Court is directed to close this case.

DATED: July 29, 2026

HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE